UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY KIRKLAND<br>236 MacDonald Ave.<br>Wyncote, PA 19095<br><br>    Plaintiff,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY<br>9800 Fredericksburg Road<br>San Antonio, TX 78288<br><br>    Defendant. | : CIVIL ACTION<br>:<br>: No. 21-1206<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**AFFIDAVIT OF SERVICE OF COMPLANT AS TO DEFENDANT, USAA CASUALTY INSURANCE COMPANY**

  I, Adam S. Barrist, Esquire, do hereby certify that a true and correct copy of the SUMMONS AND COMPLAINT in the above-referenced matter, was served upon Defendant, DEFENDANT, USAA CASUALTY INSURANCE COMPANY via UPS WITH SIGNATURE REQUIRED on March 15, 2021 at 9800 Fredericksburg Road, San Antonio, TX 78288 pursuant to FRCP 4(e)(1) and Pa.R.C.P. 403 and 404(2). A true and correct copy of the UPS Proof of Signature is attached hereto as Exhibit "A."

                       **THE BARRIST FIRM, LLC**

                       By: /s/ ASB3587
                       Adam S. Barrist, Esq.
                       THE BARRIST FIRM, LLC
                       P.O. Box 1820
                       Media, PA 19063
                       Attorney for Plaintiff

Date: March 15, 2021

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, the foregoing Affidavit of Service shall be served upon:

> USAA CASUALTY INSURANCE COMPANY
> 9800 Fredericksburg Road
> San Antonio, TX 78288
> [VIA U.S. MAIL]
>
> Lindsay B. Andreuzzi, Esq.
> KUTAK ROCK, LLP
> 1760 Market Street, Suite 1100
> Philadelphia, PA 19103
> [VIA E-MAIL]

> THE BARRIST FIRM, LLC
>
> By: /s/ ASB3587
> Adam S. Barrist, Esq.
> THE BARRIST FIRM, LLC
> P.O. Box 1820
> Media, PA 19063
> Attorney for Plaintiff

Date: March 15, 2021

# EXHIBIT "A"



## Tracking Details

1Z12W676A493438669

**Updated:** 03/15/2021 12:08 P.M. EST

# Delivered

**Delivered On**

## Monday
## 03/15/2021

**Delivery Time**

## at 10:09 A.M.

Send Updates

**Delivered To**
SAN ANTONIO, TX, US

**Left At:** Dock
**Received By:** CASAS

Proof of Delivery

We care about the security of your package. Log in () to get more details about your delivery.

**Ask UPS**

| Shipment Progress | ˅ |
|---|---|

| Shipment Details | ˄ |
|---|---|

**Service**

UPS Next Day Air Saver® ↗
(https://www.ups.com/content/us/en/shipping/time/service/next_day_saver.html)

**Weight**

0.30 LBS

Show More +

📦 Track

Help ↗

[                    ]

[        Track        ]

Copyright ©1994- 2021 United Parcel Service of America, Inc. All rights reserved.

Ask UPS